IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ZAHID KHAN, *and All Others Similarly Situated*, | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. H-09-818 |
| CVS PHARMACY, INC., | § § § | |
| Defendant. | § § | |

## ORDER

Pending before the Court is Plaintiff's Motion For Facilitated Notice to Potential Class Members (Document No. 36). Having considered the motion, submissions, and applicable law, the court determines the motion should be denied. Accordingly, the Court hereby

ORDERS that Plaintiff's Motion For Facilitated Notice to Potential Class Members (Document No. 36) is DENIED.

SIGNED at Houston, Texas, on this **28** day of January, 2010.

DAVID HITTNER
United States District Judge